McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                        )<br>              Plaintiff,                           )<br>                                                        )<br>      v.                                               )<br>                                                        )<br>ERASMO SILVA, ET AL.,,                )<br>                                                        )<br>              Defendants.                      )<br>_____) | 1:06-cr-00171 OWW<br><br>STIPULATION TO CONTINUE<br>MOTIONS HEARING AND<br>[PROPOSED] ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference and hearing of the motions currently set for September 11, 2006 may be continued to **September 18, 2006 at 1:30 p.m.**  This request is being made due to the fact that a scheduling conflict has arisen.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(I).

Dated: August 21, 2006                                               McGREGOR W. SCOTT
                                                                                        United States Attorney


                                                                                        By: /s/ Laurel J. Montoya
                                                                                        LAUREL J. MONTOYA
                                                                                        Assistant U.S. Attorney

//

1

| | | |
|---|---|---|
| 1 | Dated: August 21, 2006 | /s/ Eric V. Kersten<br>ERIC V. KERSTEN |
| 2 | | Attorney for the Defendant Erasmo Silva |
| 3 | | |
| 4 | Dated: August 21, 2006 | /s/ Joan Levie<br>JOAN LEVIE |
| 5 | | Attorney for Defendant Barnett |
| 6 | Dated: August 21, 2006 | /s/ Roger Litman<br>ROGER LITMAN |
| 7 | | Attorney for Defendant Jose Q. Silva |
| 8 | Dated: August 21, 2006 | /s/ Stephen Mensel<br>STEPHEN MENSEL |
| 9 | | Attorney for Defendant Manera |
| 10 | Dated: August 21, 2006 | /s/ Barbara H. O'Neill<br>BARBARA H. O'NEILL |
| 11 | | Attorney for Defendant Quintero |
| 12 | Dated: August 21, 2006 | /s/ Roger Vehrs<br>ROGER VEHRS |
| 13 | | Attorney for Defendant D. Smiley |
| 14 | Dated: August 21, 2006 | /s/ Salvatore Sciandra<br>SALVATORE SCIANDRA |
| 15 | | Attorney for Defendant W. Smiley |
| 16 | Dated: August 21, 2006 | /s/ J.M. Irigoyen<br>J.M. IRIGOYEN |
| 17 | | Attorney for Defendant Buccholz |
| 18 | Dated: August 21, 2006 | /s/ Scott Quinlan<br>SCOTT QUINLAN |
| 19 | | Attorney for Defendant Wattenbarger |
| 20 | Dated: August 21, 2006 | /s/ Patience Milrod<br>PATIENCE MILROD |
| 21 | | Attorney for Defendant Pahl |
| 22 | Dated: August 21, 2006 | /s/ James Homola<br>JAMES HOMOLA |
| 23 | | Attorney for Defendant DeLaMora |
| 24 | Dated: August 21, 2006 | /s/ Gary Huss<br>GARY HUSS |
| 25 | | Attorney for Defendant Romo |
| 26 | // | |
| 27 | // | |
| 28 | // | |

<u>ORDER CONTINUING HEARING DATE</u>

IT IS SO ORDERED. The status conference and hearing on the motions is continued to September 18, 2006 at 1:30 p.m. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   August 22, 2006**                             **/s/ Oliver W. Wanger**
emm0d6                                              UNITED STATES DISTRICT JUDGE