MCGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-CR-00171 OWW |
| | ) | |
| Plaintiff, | ) | **AMENDED** ORDER RE INTERLOCUTORY SALE OF 2006 BMC BOBBER 88 MOTORCYCLE VIN: 1B9HB28806B565050, PAPER TAGS, REGISTERED TO ERASMO SILVA |
| v. | ) | |
| | ) | |
| ERASMO SILVA, | ) | |
| | ) | |
| Defendant. | ) | Honorable Oliver W. Wanger |

On April 2, 2008, Plaintiff United States of America moved this Court, pursuant to Title 21 U.S.C. § 853(e)(1) and 28 U.S.C. §§ 2001(b) and 2004, for an order directing the United States Marshals Service (USMS) to execute an interlocutory private judicial sale of the following property:

> a. 2006 BMC Bobber 88 Motorcycle VIN: 1B9HB28806B565050, Paper Tags, Registered to Erasmo Silva.

The motion came on regularly for hearing on April 21, 2008; Stephanie Hamilton Borchers appeared for the Plaintiff, Richard Beshwate appeared for defendant Erasmo Silva, who was present in custody.  Lien holder Freedom Rider of Fresno joined in the United States' motion.  Defendant Silva stipulated to not oppose the motion

1

and the Court subsequently ordered the sale of the motorcycle pursuant to specific terms.  See Order dated April 23, 2008, Docket No. 325.  Due to market conditions and other circumstances set forth in the United States' accompanying Request for Amended Interlocutory Sale Order, insufficient funds are available to pay the lien holder. Accordingly, the United States has requested an amended Interlocutory Sale order directing the United States Marshals Service to waive its fees and costs and pay the lien holder, Freedom Rider of Fresno, its principal and interest accrued as set forth in interlocutory sale motion.

Accordingly, good cause appearing therefore, the Order for interlocutory sale of the 2006 BMC Bobber 88 Motorcycle VIN: 1B9HB28806B565050, Paper Tags, is amended as follows and

**IT IS HEREBY ORDERED:**

1.  The USMS shall pay the principal and interest due on the lien held by Freedom Rider of Fresno as of the date of the Motion for Interlocutory Sale, totaling $7,980.65, from the proceeds of the sale conducted by the USMS on July 19, 2008.  The remaining net proceeds of the sale, if any, shall be deposited in the DEPARTMENT OF JUSTICE SEIZED ASSET DEPOSIT FUND.[1/]

2.  This Court's prior order that, pursuant to the Court's authority under 28 U.S.C. § 2004, the USMS shall not be required to fulfill the requirements of 28 U.S.C. § 2001(b) remains in effect. Specifically, the requirements to obtain three appraisals, publish the sale price to solicit higher bids and to confirm the sale with

---

**1/** Defendant Eraso Silva forfeited his right, title and interest in the defendant vehicle pursuant to his plea agreement dated July 11, 2008.

1  the Court remain waived due to the low asset value.

2  IT IS SO ORDERED.

3  **Dated:   August 6, 2008**               /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE