MCGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )    1:06-cr-0171 OWW
                             )
            Plaintiff,       )
                             )    PRELIMINARY ORDER OF FORFEITURE
     v.                      )
                             )
ERASMO SILVA,                )
                             )
            Defendant.       )
_____)

Based upon the plea agreement entered into between plaintiff United States of America and defendant Erasmo Silva, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), defendant Erasmo Silva's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.   A 2006 BMC Bobber 88 Motorcycle, VIN: 1B9HB28806B565050[1/], Paper Tags, or any net proceeds from the sale of this

---

[1/] The VIN on this motorcycle has been listed in two different ways through this litigation. The correct VIN is as listed here: 1B9HB28806B565050.

1

                motorcycle[2/];

    b.    A 2000 Suzuki Hayabusa GSX 1300 Motorcycle, VIN: JS1GW71A6Y2107464, License Number 17S3017;

    c.    1999 Custom Motorcycle, VIN: 5CDFKB524XG001186, License Number 17E1659;

    d.    Approximately $3,100.00 in United States Currency;

    e.    Smith and Wesson, .357 caliber revolver, serial number ACJ9370;

    f.    IMEZ 9mm pistol, serial number AEC8908; a High Standard .22 caliber, semi-automatic pistol;

    g.    Taurus 9mm caliber handgun, PT99AF; and

    h.    Smith and Wesson, .40 caliber, semi-automatic pistol, serial number EKZ8621.

2.    Assets (a)-(d) above constitute, or are derived from, proceeds obtained, directly or indirectly, or were used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 846 and 841(a)(1). Assets (e)-(h) listed above were involved in the commission of a violation of 18 U.S.C. § 922(g)(1).

3.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service and/or the Bureau of Alcohol, Tobacco, Firearms and Explosives, in their secure custody and control.

4.    a.    Pursuant to 21 U.S.C. § 853(n), 28 U.S.C. § 2461(c), and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Fresno Business Journal</u>

---

[2/] <u>See</u> the Motion for Interlocutory Sale filed on April 2, 2008 (Doc. 319).

(Fresno County), a newspaper of general circulation located in the county in which the above-listed property was seized, notice of this Order, notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

      b.   This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

      c.   The United States may also, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c) in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   August 6, 2008**          /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE