1  **RICHARD A. BESHWATE, JR.  179782**
   **Attorney at Law**
2  **2014 Tulare Street, Suite 414**
   **Fresno, CA  93721**
3  **Telephone:  559.266.5000**
   **Facsimile: 559.266.0507**
4

5  Attorney for Defendant,ERASMO SILVA

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           )    CASE  NUMBER:  1:06-cr-00171  OWW
                                       )
11              Plaintiff,             )
                                       )    STIPULATION AND ORDER FOR
12 v.                                  )    RESETTING HEARING
                                       )
13 ERASMO SILVA,                       )    Date:      OCTOBER 6, 2008
                                       )    Time:      9:00 a.m..
14              Defendant.             )    Courtroom:  Hon. Oliver W. Wanger
                                       )
15 _____

16      IT IS HEREBY STIPULATED between plaintiff, the United States of America, and the

17 defendant ERASMO SILVA by and through his attorney, that the Sentencing Hearing set for Monday,

18 October 6, 2008, at 9:00 a.m. be vacated and set on **OCTOBER 20, 2008**, **at 9:00 a.m.**

19      The continuance sought is at the request of defense counsel in order to afford the United States

20 Probation Office additional time to complete the draft  pre-sentence investigation report, which has

21 been delayed due to issues surrounding the scheduling of Mr. Silva's presentence interview.

22                                          Respectfully submitted,

23

24 DATED: September 9, 2008                  /s/   Richard A. Beshwate, Jr.
                                            RICHARD A. BESHWATE, JR.
25                                          Attorney for Defendant,
                                            ERASMO SILVA
26

27

28 U.S. v.ERASMO SILVA, et al.
   STIPULATION AND ORDER FOR  RESETTING SENTENCING
   CASE NUMBER: 1:06-cr-00171 OWW                                          1

1 | ///

2

3 | DATED: September 3, 2008                    /s/   Laurel Montoya
                                              LAUREL MONTOYA

4

5 | **Approved verbally by all parties on, September 10, 2008**

6

7

8 | **<u>ORDER</u>**

9 | In accordance with the stipulation, IT IS HEREBY ORDERED that the Sentencing Hearing set

10 | for Monday, October 6, 2008, at 9:00 a.m. is VACATED and RESET for OCTOBER 20, 2008, at 9:00

11 | a.m.  Time is excluded pursuant to 18 USC 3161.

12

13 | IT IS SO ORDERED.

14 | **Dated:    September 10, 2008**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28