1  **RICHARD A. BESHWATE, JR.  179782**
   **Attorney at Law**
2  **2014 Tulare Street, Suite 414**
   **Fresno, CA  93721**
3  **Telephone:  559.266.5000**
   **Facsimile: 559.266.0507**
4

5  Attorney for Defendant,ERASMO SILVA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE  NUMBER: 1:06-cr-00171  OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR |
| v. | ) | RESETTING HEARING |
| | ) | |
| ERASMO SILVA, | ) | Date:       NOVEMBER 17, 2008 |
| | ) | Time:       9:00 a.m.. |
| Defendant. | ) | Courtroom:  Hon. Oliver W. Wanger |
| | ) | |

   IT IS HEREBY STIPULATED between plaintiff, the United States of America, and the defendant ERASMO SILVA by and through his attorney, that the Sentencing Hearing set for Monday, November 17, 2008, at 9:00 a.m. be vacated and set on **JANUARY 12, 2009**, **at 9:00 a.m.**

   The continuance sought is at the request of defense counsel in order to fulfill the terms of the plea agreement and continue investigation regarding some relevant issues.

                                                       Respectfully submitted,


DATED: November 12, 2008            /s/   Richard A. Beshwate, Jr.
                                    RICHARD A. BESHWATE, JR.
                                    Attorney for Defendant,
                                    ERASMO SILVA


///

U.S. v.ERASMO SILVA, et al.
STIPULATION AND ORDER FOR  RESETTING SENTENCING
CASE NUMBER: 1:06-cr-00171 OWW                                                                                      1

1
2  DATED: November 12, 2008               /s/   Laurel Montoya
                                          LAUREL MONTOYA
3
4                          **Approved verbally by all parties on, November 12, 2008**
5
6
7                                         **ORDER**
8       In accordance with the stipulation, IT IS HEREBY ORDERED that the Sentencing Hearing set
9  for Monday, November 17, 2008, at 9:00 a.m. is VACATED and RESET for JANUARY 12, 2009,
10 at 9:00 a.m.  Time is excluded pursuant to 18 USC 3161.
11
12
13 IT IS SO ORDERED.
14 **Dated:   November 12, 2008**           /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE
15