**RICHARD A. BESHWATE, JR.  179782**
**Attorney at Law**
**2014 Tulare Street, Suite 414**
**Fresno, CA  93721**
**Telephone:  559.266.5000**
**Facsimile: 559.266.0507**

Attorney for Defendant, ERASMO SILVA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE  NUMBER:  1:06-cr-00171  OWW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR |
| v. | ) | RESETTING HEARING |
| | ) | |
| ERASMO SILVA, | ) | Date:          JANUARY 12, 2009 |
| | ) | Time:          9:00 a.m.. |
| Defendant. | ) | Courtroom:   Hon. Oliver W. Wanger |
| | ) | |

IT IS HEREBY STIPULATED between plaintiff, the United States of America, and the defendant ERASMO SILVA by and through his attorney, that the Sentencing Hearing set for JANUARY 12, 2009, at 9:00 a.m. be vacated and set on **FEBRUARY 23, 2009**, **at 9:00 a.m.**

The continuance sought is at the request of defense counsel in order to fulfill the terms of the plea agreement and continue investigation regarding some relevant issues.

Respectfully submitted,

DATED: December 31, 2008              /s/  Richard A. Beshwate, Jr.
                                       RICHARD A. BESHWATE, JR.
                                       Attorney for Defendant,
                                       ERASMO SILVA

///

U.S. v.ERASMO SILVA, et al.
STIPULATION AND ORDER FOR  RESETTING SENTENCING
CASE NUMBER: 1:06-cr-00171 OWW                                                        1

1

2   DATED: December 31, 2008                         /s/   Laurel  Montoya
                                                     LAUREL MONTOYA
3

4                                   **Approved verbally by all parties on, December 31, 2008**

5

6

7                                          **<u>ORDER</u>**

8          In accordance with the stipulation, IT IS HEREBY ORDERED that the Sentencing Hearing set

9   for January 12, 2009, at 9:00 a.m. is VACATED and RESET for FEBRUARY 23, 2009, at 9:00 a.m.

10  Time is excluded pursuant to 18 USC 3161.

11  IT IS SO ORDERED.

12  **Dated:   <u>January 5, 2009</u>**                    <u>/s/ Oliver W. Wanger</u>
                                                     UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28