**RICHARD A. BESHWATE, JR. 179782**
**Attorney at Law**
**2014 Tulare Street, Suite 414**
**Fresno, CA 93721**
**Telephone: 559.266.5000**
**Facsimile: 559.266.0507**

Attorney for Defendant, ERASMO SILVA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERASMO SILVA,<br><br>Defendant. | CASE NUMBER: 1:06-cr-00171 OWW<br><br>STIPULATION AND ORDER FOR RESETTING HEARING<br><br>Date:       FEBRUARY 23, 2009<br>Time:       9:00 a.m..<br>Courtroom:  Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED between plaintiff, the United States of America, and the defendant ERASMO SILVA by and through his attorney, that the Sentencing Hearing set for FEBRUARY 23, 2009, at 9:00 a.m. be vacated and set on **MARCH 9, 2009**, **at 9:00 a.m.**

The continuance sought is at the request of defense counsel in order to fulfill the terms of the plea agreement and continue investigation regarding some relevant issues.

                                                        Respectfully submitted,


DATED: February 18, 2009                /s/  Richard A. Beshwate, Jr.
                                        RICHARD A. BESHWATE, JR.
                                        Attorney for Defendant,
                                        ERASMO SILVA

///

U.S. v. ERASMO SILVA, et al.
STIPULATION AND ORDER FOR RESETTING SENTENCING
CASE NUMBER: 1:06-cr-00171 OWW                                                                                      1

DATED: February 18, 2009            /s/   Laurel Montoya
                                               LAUREL MONTOYA

**Approved verbally by all parties on, February 18, 2009**

### ORDER

In accordance with the stipulation, IT IS HEREBY ORDERED that the Sentencing Hearing set for February 23, 2009, at 9:00 a.m. is VACATED and RESET for MARCH 9 2009, at 9:00 a.m.  Time is excluded pursuant to 18 USC 3161.

IT IS SO ORDERED.

**Dated:   February 19, 2009**           /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

U.S. v.ERASMO SILVA, et al.
STIPULATION AND ORDER FOR  RESETTING SENTENCING
CASE NUMBER: 1:06-cr-00171 OWW     2