**RICHARD A. BESHWATE, JR.  179782**
Attorney at Law
2014 Tulare Street, Suite 414
Fresno, CA  93721
Telephone:  559.266.5000
Facsimile: 559.266.0507

Attorney for Defendant, ERASMO SILVA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE  NUMBER: 1:06-cr-00171 OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR |
| v. | ) | RESETTING HEARING |
| | ) | |
| ERASMO SILVA, | ) | Date:         MARCH 9, 2009 |
| | ) | Time:         9:00 a.m.. |
| Defendant. | ) | Courtroom:   Hon. Oliver W. Wanger |
| | ) | |

    IT IS HEREBY STIPULATED between plaintiff, the United States of America, and the defendant ERASMO SILVA by and through his attorney, that the Sentencing Hearing set for MARCH 9, 2009, at 9:00 a.m. be vacated and set on **MARCH 30, 2009**, **at 9:00 a.m.**

    The continuance sought is at the request of both parties need additional time to prepare memorandums pertinent to the sentencing.

                                                   Respectfully submitted,

DATED: March 5, 2009                                 /s/   Richard A. Beshwate, Jr.
                                                                 RICHARD A. BESHWATE, JR.
                                                                 Attorney for Defendant,
                                                                 ERASMO SILVA

///

U.S. v. ERASMO SILVA, et al.
STIPULATION AND ORDER FOR  RESETTING SENTENCING
CASE NUMBER: 1:06-cr-00171 OWW      1

DATED: March 5, 2009                               /s/   Laurel Montoya
                                                  LAUREL MONTOYA

**Approved verbally by all parties on, March 5, 2009**

### ORDER

In accordance with the stipulation, IT IS HEREBY ORDERED that the Sentencing Hearing set for March 9, 2009, at 9:00 a.m. is VACATED and RESET for MARCH 30, 2009, at 9:00 a.m. Time is excluded pursuant to 18 USC 3161.

IT IS SO ORDERED.

**Dated:   March 5, 2009**                        /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE