1 | **RICHARD A. BESHWATE, JR.  179782**
  | **Attorney at Law**
2 | **2014 Tulare Street, Suite 414**
  | **Fresno, CA  93721**
3 | **Telephone:  559.266.5000**
  | **Facsimile: 559.266.0507**
4

5 | Attorney for Defendant, ERASMO SILVA

6

7

8 | IN THE UNITED STATES DISTRICT COURT FOR THE

9 | EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,                )      CASE  NUMBER:  1:06-cr-00171  OWW
                                             )
11 |                   Plaintiff,            )
                                             )      STIPULATION AND ORDER FOR
12 | v.                                       )      RESETTING HEARING
                                             )
13 | ERASMO SILVA,                            )      Date:        MARCH 30, 2009
                                             )      Time:        9:00 a.m..
14 |                   Defendant.            )      Courtroom:   Hon. Oliver W. Wanger
                                             )
15

16 |         IT IS HEREBY STIPULATED between plaintiff, the United States of America, and the

17 | defendant ERASMO SILVA by and through his attorney, that the Sentencing Hearing set for MARCH

18 | 30, 2009, at 9:00 a.m. be vacated and set on **MAY 11, 2009**, **at 9:00 a.m.**

19 |         The continuance sought is at the request of both parties need additional time to prepare

20 | memorandums pertinent to the sentencing.

21 |                                             Respectfully submitted,

22

23 | DATED: March 24, 2009                    _____/s/   Richard A. Beshwate, Jr._____
                                             RICHARD A. BESHWATE, JR.
24 |                                           Attorney for Defendant,
                                             ERASMO SILVA
25

26 | ///

27

28 | U.S. v.ERASMO SILVA, et al.
     STIPULATION AND ORDER FOR  RESETTING SENTENCING
     CASE NUMBER: 1:06-cr-00171 OWW                                                                1

DATED: March 24, 2009                    /s/   Laurel  Montoya
                                         LAUREL MONTOYA

**Approved verbally by all parties on March 24, 2009**


**ORDER**

         In accordance with the stipulation, IT IS HEREBY ORDERED that the Sentencing Hearing set

for March 30, 2009, at 9:00 a.m. is VACATED and RESET for MAY 11, 2009, at 9:00 a.m.  Time is

excluded pursuant to 18 USC 3161.



 IT IS SO ORDERED.

**Dated:    March 26, 2009**              _____/s/ Oliver W. Wanger_____
                                         UNITED STATES DISTRICT JUDGE