```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8
                IN THE UNITED STATES DISTRICT COURT FOR THE
 9
                        EASTERN DISTRICT OF CALIFORNIA
10
11
12
    UNITED STATES OF AMERICA,      )   CR. NO. 1:06-CR-00171 OWW
13                                 )
              Plaintiff,           )   STIPULATION AND PROPOSED
14                                 )   ORDER TO CONTINUE SENTENCING
         v.                        )   HEARING
15                                 )
    ERASMO SILVA,                  )   DATE:  May 11, 2009
16                                 )   TIME:  9:00 A.M.
              Defendant.           )   PLACE: Courtroom Three
17                                 )   Honorable Oliver W. Wanger
    _____)
18
19
20       IT IS HEREBY STIPULATED by and between the parties hereto
21  through their respective counsel, LAUREL J. MONTOYA, Assistant
22  U.S. Attorney for Plaintiff and Richard A. Beshwate, Jr., attorney
23  for Defendant, that the sentencing hearing currently scheduled for
24  May 11, 2009 at 9:00 a.m. shall be continued until June 22, 2009
25  at 9:00 a.m.
26  ///
27  ///
28  ///

                                    1
```

This continuance is necessary for both parties to have additional time to prepare for the hearing.

DATED: May 7, 2009                    Respectfully submitted,

                                         LAWRENCE G. BROWN
                                       Acting United States Attorney

                                       By: /s/ Laurel J. Montoya
                                          LAUREL J. MONTOYA
                                       Assistant U.S. Attorney

DATED: May 7, 2009                    /s/ Richard A. Beshwate, Jr.
                                       RICHARD A. BESHWATE, JR.
                                       Attorney for Defendant
                                          Erasmo Silva

**ORDER**

IT IS HEREBY ORDERED THAT the date set for the sentencing hearing be continued to June 22, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   May 7, 2009**                            /s/ Oliver W. Wanger
                                                         UNITED STATES DISTRICT JUDGE