**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, ERASMO SILVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ERASMO SILVA,<br><br>  Defendant. | CASE NO. 1:06-CR-00171 OWW<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING**<br><br>DATE: June 22, 2009<br>TIME: 9:00 am<br>JUDGE: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel RICHARD A. BESHWATE, JR, attorney for Defendant, and LAUREL J. MONTOYA, Assistant U.S. Attorney for Plaintiff, that the sentencing hearing currently scheduled for June 22, 2009, at 9:00 a.m. shall be continued until JULY 13, 2009, at 9:00 a.m.

///

///

This continuance is necessary for both parties to have additional time to prepare for the hearing.

DATED: June 18, 2009

Respectfully submitted,
/S/ Richard A. Beshwate, Jr.
RICHARD A. BESHWATE, JR.
Attorney for Defendant, ERASMO SILVA

DATED: June 18, 2009

Respectfully submitted,
/S/ Laurel Montoya
LAUREL MONTOYA
Assistant U.S. Attorney

### ORDER

IT IS HEREBY ORDERED THAT the date set for sentencing hearing be continued to JULY 13, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   June 18, 2009**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE