**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, ERASMO SILVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERASMO SILVA,<br><br>Defendant. | CASE NO. 1:06-CR-00171 OWW<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING**<br><br>DATE: JULY 13, 2009<br>TIME: 9:00 am<br>JUDGE: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel RICHARD A. BESHWATE, JR, attorney for Defendant, and LAUREL J. MONTOYA, Assistant U.S. Attorney for Plaintiff, that the sentencing hearing currently scheduled for JULY 13, 2009, at 9:00 a.m. shall be continued until AUGUST 10, 2009, at 9:00 a.m.

///

///

This continuance is necessary so that both parties have sufficient time to continue negotiations on matters relevant to the sentencing and for both parties to have additional time to prepare for the hearing.

DATED: July 8, 2009

                                              Respectfully submitted,
                                              /S/ Richard A. Beshwate, Jr.
                                              RICHARD A. BESHWATE, JR.
                                              Attorney for Defendant, ERASMO SILVA

DATED: July 8, 2009

                                              Respectfully submitted,
                                              /S/ Laurel Montoya
                                              LAUREL MONTOYA
                                              Assistant U.S. Attorney

### ORDER

IT IS HEREBY ORDERED THAT the date set for sentencing hearing be continued to AUGUST 10, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   July 8, 2009**                        **/s/ Oliver W. Wanger**
                                                                 UNITED STATES DISTRICT JUDGE