LAWRENCE G. BROWN
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
United States Courthouse
Fresno, California 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-CR-00171-OWW |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| ERASMO SILVA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS, on or about August 7, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Erasmo Silva forfeiting to the United States the following property:

      a.    A 2006 BMC Bobber 88 Motorcycle, VIN: 1B9HB28806B565050[1/], Paper Tags, or any net proceeds from the sale of this motorcycle;

      b.    A 2000 Suzuki Hayabusa GSX 1300 Motorcycle, VIN: JS1GW71A6Y2107464, License Number 17S3017;

---

**1/** The VIN on this motorcycle has been listed in two different ways through this litigation. The correct VIN is as listed here: 1B9HB28806B565050.

|   |   |   |
|---|---|---|
| 1 | c. | 1999 Custom Motorcycle, VIN: 5CDFKB524XG001186, License Number 17E1659; |
| 2 | | |
| 3 | d. | Approximately $3,100.00 in United States Currency; |
| 4 | e. | Smith and Wesson, .357 caliber revolver, serial number ACJ9370; |
| 5 | | |
| 6 | f. | IMEZ 9mm pistol, serial number AEC8908; a High Standard .22 caliber, semi-automatic pistol; |
| 7 | | |
| 8 | g. | Taurus 9mm caliber handgun, PT99AF; and |
| 9 | h. | Smith and Wesson, .40 caliber, semi-automatic pistol, serial number EKZ8621. |

10   AND WHEREAS, on August 25, September 1 and 8, 2008, the United
11 States published notice of the Court's Order of Forfeiture in <u>The
12 Business Journal</u> (Fresno County), a newspaper of general circulation
13 located in the county in which the above-listed properties were seized.
14 Said published notice advised all third parties of their right to
15 petition the Court within thirty (30) days of the publication date for
16 a hearing to adjudicate the validity of their alleged legal interest in
17 the forfeited properties;

18   AND WHEREAS, the United States sent direct written notice by
19 certified mail to the following persons or entities known to have an
20 alleged interest in the above-listed properties: Freedom Rider of
21 Fresno;

22   AND WHEREAS, Freedom Rider of Fresno joined with the United States
23 on April 2, 2008, in a Motion for Interlocutory Sale alleging a lien
24 holder interest in item (a) listed above. On August 27, 2008, Freedom
25 Rider of Fresno was paid in satisfaction of their lien.

26   AND WHEREAS, the Court has been advised that no other third party
27 has filed a claim to the subject properties and the time for any person
28 or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the following properties pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of defendant Erasmo Silva:

   a. All net proceeds from the sale of the 2006 BMC Bobber 88 Motorcycle, VIN: 1B9HB28806B565050, Paper Tags[2/];

   b. A 2000 Suzuki Hayabusa GSX 1300 Motorcycle, VIN: JS1GW71A6Y2107464, License Number 17S3017;

   c. 1999 Custom Motorcycle, VIN: 5CDFKB524XG001186, License Number 17E1659;

   d. Approximately $3,100.00 in United States Currency;

   e. Smith and Wesson, .357 caliber revolver, serial number ACJ9370;

   f. IMEZ 9mm pistol, serial number AEC8908; a High Standard .22 caliber, semi-automatic pistol;

   g. Taurus 9mm caliber handgun, PT99AF; and

   h. Smith and Wesson, .40 caliber, semi-automatic pistol, serial number EKZ8621.

2. All right, title, and interest in the above-listed properties shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service and/or the Bureau of Alcohol,

///
///
///

---

**2/** See the Amended Order Re Interlocutory Sale of 2006 BMC Bobber 88 Motorcycle, VIN: 1B9HB28806B565050, Paper Tags, Registered to Erasmo Silva filed on August 7, 2008 (Doc. 401).

FINAL ORDER OF FORFEITURE                 3

1  Tobacco, Firearms and Explosives shall maintain custody of and control
2  over the subject properties until they are disposed of according to law.
3        IT IS SO ORDERED.
4  **Dated:   September 29, 2009**              **/s/ Oliver W. Wanger**
5                                               UNITED STATES DISTRICT JUDGE